Patrick J. Crank
Attorney General

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUN 04 2007

Stephan Harris, Clerk
Cheyenne

C. Levi Martin
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, WY 82002
Telephone: (307) 777-7841
Facsimile:  (307) 777-3542

Attorneys for the Plaintiff State of Wyoming

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| State of Wyoming, *ex rel.*, Patrick J. Crank, Wyoming Attorney General; | ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil No. 06-CV-0111-J |
| UNITED STATES; Bureau of Alcohol, Tobacco, Firearms, & Explosives; Carl J. Truscott, in his official capacity as Director of Bureau of Alcohol, Tobacco, Firearms, & Explosives and David H. Chipman, in his official capacity as the Chief, Firearms Division, Bureau of Alcohol, Tobacco, Firearms, & Explosives; | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

## NOTICE OF APPEAL

Appeal **Receipt** # _CHY001990_
Full Payment _____✓_____
Partial Payment _____
CJA - No Payment Required ____

Notice is hereby given that Plaintiff State of Wyoming, *ex rel.*, Patrick J. Crank,

Wyoming Attorney General, hereby appeal to the United States Court of Appeals for the

Tenth Circuit from the District Court's Judgment, entered on May 8, 2007.

Respectfully submitted this 4th day of June, 2007.

Patrick J. Crank
Attorney General

C. Levi Martin
Senior Assistant Attorney General
123 Capitol Building
Cheyenne, Wyoming   82002
Telephone:  (307) 777-7841
Fax:  (307) 777-3542
E-mail: lmarti@state.wy.us
Attorney for Plaintiff State of Wyoming

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 4th, 2007 I manually filed the foregoing document with the Clerk of Court for the District of Wyoming who will send notification of such filing to the following addresses:

Alexander Haas
Trial Attorney. U.S. Department of Justice
Civil Division, Federal Programs Br.
20 Massachusetts Ave. NW, Room 7328
Washington, DC   20530
Telephone:  (202) 307-3937
Facsimile:   (202) 616-8470 fax
alexander.haas@usdoj.gov

Larry B. Kehl
Buchhammer & Kehl, P.C.
1821 Logan Ave.
P.O. Box 568
Cheyenne, WY 82003-0568
Telephone: (307) 634-2184
Fascimile: (307) 634-2199
obk@wyoming.com

Matt H. Bower
National Rifle Association of America
11250 Waples Mill Rd., 6N (NRA)
Fairfax, Virginia 22030-7400
Telephone: (703) 267-1250
Mbower@nrahq.org

D Stephen Melchior
Melchior Law Offices
2011 Central Avenue
Cheyenne, Wyoming 82001
Telephone: (307) 637-2323
Fascimile: (307) 637-2313
melchiorlawfirm@aol.com

Carol A. Statkus
Assistant United States Attorney
2120 Capitol Avenue, 5th Floor
Cheyenne, WY  82001
Telephone:  (307) 772-2124
Facsimile:   (307) 772-2123 fax
carol.statkus@usdoj.gov

Herbert W. Titus
William J. Olson, P.C.
8180 Greensboro Drive, Suite 1070
McLean, virginia 22102-3860
Telephone: (703) 356-5070
Fascimile: (703) 356-5085
forecast22@pinn.net

Office of Wyoming Attorney General

3